597 A.2d 83

SAMUEL J. CALABRO, PETITIONER, v. CAMPBELL SOUP CO. (AS INSURED BY NEW JERSEY MANUFACTURERS INSURANCE CO.), RESPONDENT–APPELLANT, v. CAMPBELL SOUP CO. (AS INSURED BY LIBERTY MUTUAL INSURANCE COMPANY), RESPONDENT–RESPONDENT.

LEON S. BIALKOWSKI, PETITIONER, v. CAMPBELL SOUP CO., (AS INSURED BY NEW JERSEY MANUFACTURERS INSURANCE CO.), RESPONDENT–APPELLANT, v. CAMPBELL SOUP CO. (AS INSURED BY LIBERTY MUTUAL INSURANCE COMPANY), RESPONDENT–RESPONDENT.

JAMES MALANDRO, PETITIONER, v. CAMPBELL SOUP CO., (AS INSURED BY NEW JERSEY MANUFACTURERS INSURANCE CO.), RESPONDENT–APPELLANT, v. CAMPBELL SOUP CO. (AS INSURED BY LIBERTY MUTUAL INSURANCE COMPANY), RESPONDENT–RESPONDENT.

Argued September 10, 1991—Decided October 9, 1991.

*Francis T. Guiliano* argued the cause for appellant.

*William T. Freeman* argued the cause for respondent (*Freeman, Barton & Huber,* attorneys).

*Seth K. Shaine* submitted a letter in lieu of brief on behalf of petitioners (*Molotsky, Rabkin & Schwartz,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 244 *N.J.Super.* 149, 581 *A.*2d 1318 (1990).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN—7.

*For reversal*—None.